**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7193

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIE HORTON,

Defendant - Appellant.

No. 24-6014

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIE HORTON,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, Senior District Judge. (1:89-cr-00180-AJT-1)

Submitted: March 24, 2025                     Decided: April 8, 2025

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Willie Horton, Appellant Pro Se. Alexander Edward Blanchard, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Willie Horton appeals the district court's October 23, 2023, order denying his petition for a writ of mandamus and related motions, and December 13, 2023, order denying his Motion for Order of Designation of Record on Appeal. We have reviewed the record and discern no reversible error in those orders. Accordingly, although we grant Horton's motion for leave to file additional case law on appeal, we affirm the district court's orders. *United States v. Horton*, No. 1:89-cr-00180-AJT-1 (E.D. Va. Oct. 23, 2023; filed Dec. 13, 2023 & entered Dec. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
